Int. Cl.: 28

Prior U.S. Cls.: 2, 22, 23 and 38

Reg. No. 1,657,499

**United States Patent and Trademark Office**   Registered Sep. 17, 1991

## TRADEMARK
### PRINCIPAL REGISTER

## TETRIS

V/O ELEKTRONORGTECHNIKA (SOVIET UNION CITIZEN)
CHAIKOVSKY STREET, 11A
121099 MOSCOW, SOVIET UNION

FOR: GAMES AND PLAYTHINGS; NAMELY, ACTION FIGURES; BAGATELLE GAMES; BATH TOYS; BEANBAG GAMES; BOARD GAMES; BOP BAGS; VIDEO GAMES, CARRYING CASES, HOLDERS, RACKS AND STORAGE CASES FOR HOME VIDEO GAME SYSTEMS AND VIDEO GAME CARTRIDGES; CARD GAMES; DART GUNS; DECORATIVE WIND SOCKS; DOLLS; ELECTRONIC EXERCISE MATS INTERACTIVE WITH A VIDEO GAME DISPLAY; ELECTRONIC GAME EQUIPMENT FOR PLAYING VIDEO GAMES; ELECTRONIC GAME PROGRAMS; ELECTRONIC TOYS WITH A CLOCK OR TIMEPIECE FEATURE, HAND-HELD ELECTRONIC TOYS; TOY KALEIDOSCOPES; KITES; MAGNETIC SLATES; NONELECTRONIC HAND-HELD GAMES; PINBALL GAMES; PLAYER-OPERATED ELECTRONIC CONTROLLERS FOR ELECTRONIC VIDEO GAME MACHINES; PLUSH DOLLS; PUPPETS; JIGSAW PUZZLES; RING TOSS GAMES; TARGET SETS COMPOSED OF TARGETS AND PROJECTILES; TOY BALLOONS, TOY BANKS; TOY BINOCULARS, TOY BOWLING SETS COMPOSED OF BOWLING PINS AND BOWLING BALLS; TOY FIGURES MOUNTABLE ON PENCILS AND PENS; TOY LIGHT GUNS INTERACTIVE WITH A VIDEO GAME DISPLAY; TOY VEHICLES; WATER-ACTIVATED BAGATELLE GAMES, WIND-UP TOYS, AND YO-YOS, IN CLASS 28 (U.S. CLS. 2, 22, 23 AND 38).

FIRST USE 6–2–1989; IN COMMERCE 6–2–1989.

SER. NO. 74–036,747, FILED 3–8–1990.

JEFFREY SMITH, EXAMINING ATTORNEY

Int. Cls.: 9 and 28

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,288,504
Registered Oct. 26, 1999

## TRADEMARK
PRINCIPAL REGISTER

### SENSORY MARK—NO DRAWING

ZAO ELORG (RUSSIAN FEDERATIO CLOSED STOCK COMPANY), AKA ELORG CORPORATION
2-403 SHMITOVSKY STREET
123100 MOSCOW, RUSSIAN FEDERATIO

FOR: VIDEO GAME MACHINES FOR USE WITH TELEVISIONS, VIDEO GAME CARTRIDGES THEREFOR, AND COMPUTER GAME SOFTWARE, ALL FOR USE IN PLAYING A PROPRIETARY GAME, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-2-1989; IN COMMERCE 6-2-1989.

FOR: HAND HELD UNITS FOR PLAYING A PROPRIETARY ELECTRONIC GAME AND GAME CARTRIDGES THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-2-1989; IN COMMERCE 6-2-1989.

OWNER OF U.S. REG. NOS. 1,657,499, 1,753,062 AND OTHERS.

THE TRADEMARK COMPRISES AN INSTRUMENTAL TUNE IN THE STYLE OF A RUSSIAN FOLK SONG IN 2/2 TIME OR CUT TIME HAVING AT LEAST TWO 8-BAR PHRASES.

SER. NO. 75-389,198, FILED 11-10-1997.

MELVIN AXILBUND, EXAMINING ATTORNEY

Int. Cls.: **9, 16 and 25**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39 and 50**

Reg. No. **2,362,238**

**United States Patent and Trademark Office**    Registered **June 27, 2000**

## TRADEMARK
### PRINCIPAL REGISTER

## TETRIS

ZAO ELORG (RUSSIAN FEDERATIO CORPORATION), AKA ELORG CORPORATION
P.O. BOX A-78
123007 MOSCOW, RUSSIAN FEDERATIO

  FOR: VIDEO GAME CARTRIDGES AND SOFTWARE FOR PLAYING VIDEO GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
    FIRST USE 6-2-1989; IN COMMERCE 6-2-1989.
  FOR: PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

    FIRST USE 8-0-1991; IN COMMERCE 8-0-1991.
  FOR: CLOTHING, NAMELY, SHIRTS, HATS, T-SHIRTS, AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).
    FIRST USE 8-0-1991; IN COMMERCE 8-0-1991.
  OWNER OF U.S. REG. NOS. 1,657,499, 2,288,504 AND OTHERS.

  SER. NO. 75-781,744, FILED 8-20-1999.

WENDY GOODMAN, EXAMINING ATTORNEY

Int. Cls.: **9, 16, 25 and 28**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39 and 50**

Reg. No. 2,362,250

**United States Patent and Trademark Office** Registered June 27, 2000

## TRADEMARK
### PRINCIPAL REGISTER



ZAO ELORG (RUSSIAN FEDERATIO CORPORATION), AKA ELORG CORPORATION
P.O. BOX A-78
123007 MOSCOW, RUSSIAN FEDERATIO

   FOR: VIDEO GAME CARTRIDGES AND SOFTWARE FOR PLAYING VIDEO GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
   FIRST USE 6–0–1997; IN COMMERCE 10–0–1998.
   FOR: PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
   FIRST USE 11–0–1998; IN COMMERCE 11–0–1998.
   FOR: CLOTHING, NAMELY, SHIRTS, HATS, T-SHIRTS AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).
   FIRST USE 11–0–1998; IN COMMERCE 11–0–1998.

   FOR: HAND-HELD VIDEO GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).
   FIRST USE 11–0–1998; IN COMMERCE 11–0–1998.
   OWNER OF U.S. REG. NOS. 1,657,499, 2,288,504 AND OTHERS.
   THE DRAWING IS LINED FOR COLOR. THE WORD TETRIS INSIDE THE T IS LINED FOR GRADIENT COLOR, THE TOP OF LETTERS BEING RED, AND FROM RED TO ORANGE, ORANGE TO YELLOW, AND YELLOW AT THE BOTTOM OF THE LETTERS. THE T-SHAPED BACKGROUND COLOR IS BLUE. THE T-SHAPE INDICATES A PLAYING PIECE KNOWN AS A "TETRIMINO."

   SER. NO. 75–782,993, FILED 8–20–1999.

WENDY GOODMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,818,232**
**Registered July 13, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TETRIS HOLDING LLC (DELAWARE LIMITED LIABILITY COMPANY)
1209 ORANGE STREET
WILMINGTON, DE 19801

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE COMPUTER GAMES; PROVIDING INFORMATION ON-LINE RELATING TO COMPUTER GAMES AND COMPUTER ENHANCEMENTS FOR GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-2-1989; IN COMMERCE 4-8-2008.

OWNER OF U.S. REG. NOS. 1,657,499, 3,518,292 AND OTHERS.

THE COLOR(S) BLUE, YELLOW, ORANGE AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A BLUE "T"-SHAPED FIELD OUTLINED IN RED, WITH THE WORD "TETRIS" IN THE UPPER PART OF THE "T", THE LETTERS IN "TETRIS" HAVING A TOP TO BOTTOM COLOR GRADIENT FROM RED TO ORANGE TO YELLOW.

SER. NO. 77-890,492, FILED 12-10-2009.

SAIMA MAKHDOOM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# TETRIS

**Reg. No. 4,313,472**
**Registered Apr. 2, 2013**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

TETRIS HOLDING LLC (DELAWARE LIMITED LIABILITY COMPANY)
1209 ORANGE STREET
WILMINGTON, DE 19801

FOR: HANDHELD ELECTRONIC UNITS FOR PLAYING VIDEO GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; CARD GAMES; SINGLE PLAYER STRATEGY GAMES INCLUDING PRINTED CHALLENGE PUZZLES AND PIECES TO ARRANGE IN ORDER TO MEET THE CHALLENGE; JIGSAW PUZZLES; MANIPULATIVE PUZZLES; THREE-DIMENSIONAL PUZZLES; STRESS RELIEF TOYS, NAMELY, SQUEEZABLE BLOCKS FOR HAND EXERCISE; LOTTERY CARDS AND TICKETS; TABLE TOP GAMES, NAMELY, GAMES COMPRISING A VERTICAL MATRIX INTO WHICH GAME PIECES ARE DROPPED; STACKING TOYS; STACKING GAMES USING THREE-DIMENSIONAL BLOCKS AND CUBES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,657,499, 2,362,250, AND OTHERS.

SN 85-159,237, FILED 10-22-2010.

JANET LEE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,309,504**
**Registered Mar. 26, 2013**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

TETRIS HOLDING LLC (DELAWARE LIMITED LIABILITY COMPANY)
1209 ORANGE STREET
WILMINGTON, DE 19801

FOR: HANDHELD ELECTRONIC UNITS FOR PLAYING VIDEO GAMES OTHER THAN THOSE ADAPTED FOR USE WITH AN EXTERNAL DISPLAY SCREEN OR MONITOR; CARD GAMES; SINGLE PLAYER STRATEGY GAMES INCLUDING PRINTED CHALLENGE PUZZLES AND PIECES TO ARRANGE IN ORDER TO MEET THE CHALLENGE; JIGSAW PUZZLES; MANIPULATIVE PUZZLES; THREE-DIMENSIONAL PUZZLES; STRESS RELIEF TOYS, NAMELY, SQUEEZABLE BLOCKS FOR HAND EXERCISE; LOTTERY CARDS AND TICKETS; TABLE TOP GAMES, NAMELY, GAMES COMPRISING A VERTICAL MATRIX INTO WHICH GAME PIECES ARE DROPPED; STACKING TOYS; STACKING GAMES USING THREE-DIMENSIONAL BLOCKS AND CUBES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1989; IN COMMERCE 11-0-1998.

OWNER OF U.S. REG. NOS. 1,657,499, 3,623,600, AND OTHERS.

THE COLOR(S) BLUE, YELLOW, ORANGE AND RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A BLUE "T" SHAPED FIELD OUTLINED IN RED, WITH THE WORD "TETRIS" IN THE UPPER PART OF THE "T", THE LETTERS IN "TETRIS" HAVING A TOP TO BOTTOM COLOR GRADIENT FROM RED TO ORANGE TO YELLOW.

SN 85-159,247, FILED 10-22-2010.

JANET LEE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,396,574
Registered Mar. 11, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# TETRIS

TETRIS HOLDING LLC (DELAWARE LTD LIAB CO)
1209 ORANGE STREET
WILMINGTON, DE 19801

   FOR: COMPUTERIZED ON-LINE RETAIL STORE SERVICES IN THE FIELD OF COMPUTER AND VIDEO GAMES; PROMOTING THE GOODS AND SERVICES OF OTHERS BY MEANS OF OPERATING AN ON-LINE SHOPPING MALL WITH LINKS TO THE RETAIL WEB SITES OF OTHERS; PROMOTING THE GOODS AND SERVICES OF OTHERS THROUGH ON-LINE ORDERING AND CATALOGING OF THOSE GOODS AND SERVICES; PROVIDING AN ON-LINE COMPUTER DATABASE FEATURING TRADE INFORMATION IN THE FIELD OF COMPUTER AND VIDEO GAMES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

   FIRST USE 6-2-1989; IN COMMERCE 2-22-2007.

   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

   OWNER OF U.S. REG. NOS. 1,657,499, 2,362,238, AND 2,362,250.

   SN 78-979,550, FILED 2-10-2006.

MATTHEW PAPPAS, EXAMINING ATTORNEY

Int. Cls.: 38 and 41

Prior U.S. Cls.: 100, 101, 104, and 107

**United States Patent and Trademark Office**

Reg. No. 3,518,292
Registered Oct. 14, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# TETRIS

TETRIS HOLDING LLC (DELAWARE LIMITED LIABILITY COMPANY)
1209 ORANGE STREET
WILMINGTON, DE 19801

FOR: PROVIDING ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-2-1989; IN COMMERCE 4-8-2008.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE COMPUTER GAMES; PROVIDING INFORMATION ON-LINE RELATING TO COMPUTER GAMES AND COMPUTER ENHANCEMENTS FOR GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-2-1989; IN COMMERCE 4-8-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,657,499, 2,362,238, AND 2,362,250.

SN 78-811,849, FILED 2-10-2006.

MATTHEW PAPPAS, EXAMINING ATTORNEY



# TETRIS

| | |
|---|---|
| **Reg. No. 4,592,832** | TETRIS HOLDING, LLC (DELAWARE LIMITED LIABILITY COMPANY) |
| **Registered Aug. 26, 2014** | 1209 ORANGE STREET<br>WILMINGTON, DE 19801 |
| **Int. Cl.: 11** | FOR: LAMPS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34). |
| **TRADEMARK** | FIRST USE 11-1-2012; IN COMMERCE 11-1-2012. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 1,657,499, 2,362,250 AND OTHERS. |
| | SER. NO. 86-178,470, FILED 1-29-2014. |
| | LAURIE KAUFMAN, EXAMINING ATTORNEY |



**Deputy Director of the United States**
**Patent and Trademark Office**