# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Tetris Holding, LLC

                 Plaintiff,

v.                          Case No.: 1:22−cv−00719

                          Honorable Gary Feinerman

Partnerships and Unincorporated Association Identified on Schedule "A", et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 17, 2022:

   MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 9/6/2022 at 9:00 a.m. For the reasons stated on the record, Plaintiff's renewed motion for entry of default and default judgment [69] is granted in part (as to the Rule 55(a) entry of default) and entered and continued in part (as to the Rule 55(b) default judgment). Enter Rule 55(a) default as to certain defendants. If any defendant wishes to oppose Plaintiff's Rule 55(b) motion for default judgment, that defendant should file a written opposition by 9/2/2022 or appear at the 9/6/2022 hearing; otherwise, the court will rule on the Rule 55(b) motion on the papers at the 9/6/2022 hearing. Plaintiffs shall serve Defendant with a copy of this order. Attorneys/Parties should appear for the 9/6/2022 hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.